# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAURICE A. WILKINS,** : | |
|     Plaintiff : | |
| : | No. 1:20-cv-2450 |
| v. : | |
| : | (Judge Rambo) |
| **TOM WOLF,** *et al.*, : | |
|     Defendants : | |

## ORDER

**AND NOW**, on this 10th day of June 2021, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendants' partial motion to dismiss (Doc. No. 37) is **GRANTED**;

2. All of Plaintiff's claims set forth in his second amended complaint (Doc. No. 36), with the exception of his Eighth Amendment claims against Defendants Stuller, Brown, Copper, and Loy, are **DISMISSED WITH PREJUDICE**. Plaintiff may not file a third amended complaint in this matter;

3. The Clerk of Court is directed to terminate John Wetzel, Kevin Kauffman, Scott W. Walters, and Jill Spyker as Defendants in the above-captioned action;

4. This matter will proceed as to Plaintiff's Eighth Amendment claims against Defendants Stuller, Brown, Copper, and Loy;

5. Defendants Stuller, Brown, Copper, and Loy are directed to file an answer to Plaintiff's second amended complaint within fourteen (14) days of the date of this Order; and

2

6. The parties are directed to complete discovery within six (6) months of the date on which Defendants file their answer.

s/ Sylvia H. Rambo
United States District Judge