IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAURICE A. WILKINS,<br>    Plaintiff<br><br>        v.<br><br>TOM WOLF, *et al.*,<br>    Defendants | :<br>:<br>:    No. 1:20-cv-2450<br>:<br>:    (Judge Rambo)<br>:<br>: |

## ORDER

**AND NOW**, on this 16th day of August 2021, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT** Plaintiff's motion to compel discovery (Doc. No. 46) is **DENIED**.

s/ Sylvia H. Rambo<br>
United States District Judge