IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MAURICE A. WILKINS, :
   Plaintiff :
: No. 1:20-cv-2450
   v. :
: (Judge Rambo)
TOM WOLF, et al., :
   Defendants :

# ORDER

**AND NOW**, on this 29th day of June 2022, upon consideration of Defendants' motion for summary judgment (Doc. No. 58), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. No. 58) is **GRANTED** in part and **DENIED** in part as follows:

    a. Defendants' motion is **GRANTED** as to Plaintiff's Eighth Amendment claim against Defendant Loy regarding disruption to his sleep;

    b. Defendants' motion is **GRANTED** as to Plaintiff's Eighth Amendment claims against Defendants Copper, Brown, and Stuller regarding special diet meals during the institutional lockdown;

    c. Defendants' motion is **GRANTED** as to Plaintiff's Eighth Amendment claims against Defendants Copper and Stuller regarding Plaintiff's medical dietary needs;

    d. Defendants' motion is **DENIED** as to Plaintiff's Eighth Amendment claim against Defendant Brown regarding Plaintiff's medical dietary needs; and

2. The parties shall file, on or before, **July 20, 2022**, a joint status report, informing the Court whether they are amenable to having this case referred to the Court's Prisoner Litigation Settlement Program.

s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge
